# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | MAGISTRATE NO. 13-604-M |
| v. : | |
| : | |
| WALTER MORGAN : | |
| a/k/a "Walter Eduardo Morgan Gomez" : | |

## GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3161(h)(8)(A)

The United States of America, by and through its attorneys, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Paul G. Shapiro, Assistant United States Attorney, moves for a second thirty-day continuance of the time within which an Indictment or Information must be filed in this case, and in support of this motion states as follows:

1. On May 13, 2013, a Complaint was filed by the United States Attorney's Office charging defendant Walter Morgan, a/k/a "Walter Eduardo Morgan Gomez," with misuse of social security number, in violation of 42 U.S.C. § 408(a)(7)(b), and with making false statements in a matter within the jurisdiction of the Department of Homeland Security, U.S. Citizenship and Immigration Services, in violation of 18 U.S.C. § 1001.

2. On May 24, 2013, the defendant was arrested and on May 28, 2013 he made his initial appearance on the Complaint.

3. The Speedy Trial Act, 18 U.S.C. § 3161 et seq., requires that an Indictment or Information be filed within thirty days from the date on which the defendant was arrested. In this case that date would have been June 24, 2013. See 18 U.S.C. § 3161(b).

4. On June 17, 2013, the United States filed an unopposed motion to continue the Speedy Trial Date for 30 days. That motion was granted.

5. The government and the defendant continue to be engaged in discussions to resolve this matter through a non-trial disposition. In order to reach that resolution, supervisory approvals within the U.S. Attorney's Office are required. Although the process for obtaining those approvals has been started, all of the required approvals cannot be obtained within the 30 day extension period.

6. Counsel for the defendant has represented that the defendant does not oppose the government's request for a second thirty-day continuance.

WHEREFORE, for the above reasons, it is respectfully submitted that the ends of justice will be served best by the granting of a continuance of thirty days of the time within which to file an Indictment or Information in this case, that is, until August 23, 2013.

Respectfully submitted,

ZANE DAVID MEMEGER
United States Attorney


s/ Paul G. Shapiro
Paul G. Shapiro
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | MAGISTRATE NO. 13-604-M |
| v. : | |
| : | |
| WALTER MORGAN : | |
| a/k/a "Walter Eduardo Morgan Gomez" : | |

**O R D E R**

AND NOW, this _____ day of _____, 2013, the Court finds that the defendant and the government are engaging in discussions which may affect the charges against the defendant and that the defendant does not oppose the government's motion for continuance. The Court further finds that these reasons cause the ends of justice to best be served by granting a continuance in this matter, and that these reasons outweigh the interests of the public and the defendant in a speedy trial.

WHEREFORE, in accordance with Title 18, United States Code, Section 3161(h)(8)(A), it is hereby ORDERED that the time in which an Indictment or Information must be filed in the above action is continued for a period of thirty additional days, until August 23, 2013.

**BY THE COURT:**

_____
**HONORABLE LYNNE A. SITARSKI**
**United States Magistrate Judge**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Government's Unopposed Motion for Continuance Pursuant to Title 18, United States Code, Section 3161(h)(8)(A) has been served via electronic mail upon counsel for defendant listed below:

>William Brennan, Esquire
>100 North 18th Street; 12th Floor
>Philadelphia PA 19103
>Via e-mail to: brennan_law@hotmail.com

>s/ Karen Dodd
>Karen Dodd, Legal Assistant
>Office of the United States Attorney

DATED: July 22, 2013